IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

VERONICA A. RAMIREZ,

        Petitioner,

 vs.                                  CIVIL NO. 06-1172 BB/LFG

BARBARA WAGNER, Warden,
and GARY K. KING, Attorney
General for the State of New Mexico,

        Respondents.

### ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS
### AND RECOMMENDED DISPOSITION
### AND DISMISSING ACTION WITH PREJUDICE

THIS MATTER came before the Court on the Magistrate Judge's Findings and Recommended Disposition filed April 5, 2007 [Doc. 9]. Petitioner did not file objections and the deadline for filing objections has passed. The Court accepts the findings and recommended disposition.

IT IS HEREBY ORDERED that the findings and recommended disposition of the United States Magistrate Judge are adopted by the Court.

IT IS FURTHER ORDERED that the petition is denied and this action be, and it hereby is, dismissed with prejudice.

                                              _/s/ Bruce D. Black_
                                              UNITED STATES DISTRICT JUDGE